CLOSED

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CRIMINAL DOCKET FOR CASE #: 1:20−mj−00132−LB All Defendants

Case title: USA v. Suhorukovs

Date Filed: 02/10/2020
Date Terminated: 02/10/2020

Assigned to: Magistrate Judge Lois Bloom

**Defendant (1)**

**Viktors Suhorukovs**
*TERMINATED: 02/10/2020*

represented by **Arkady Bukh**
Bukh Law Firm PLLC
1121 Avenue Z
Brooklyn, NY 11235
718−376−4766
Fax: 718−376−3033
Email: honorable@usa.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| 18:1341.F | |

**Plaintiff**

**USA**

represented by **Kayla C Bensing**
U.S. Attorney's Office, EDNY

United States Court of Appeals for the
Second Circuit
271 Cadman Plaza East
Brooklyn, NY 11201
718−254−6279
Fax: 718−254−6076
Email: Kayla.Bensing@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/10/2020 | 1 | | RULE 5 AFFIDAVIT/REMOVAL TO THE DISTRICT OF SOUTH CAROLINA by USA as to Viktors Suhorukovs (Chin, Felix) (Entered: 02/11/2020) |
| 02/10/2020 | | | Arrest (Rule 5) of Viktors Suhorukovs (Chin, Felix) (Entered: 02/11/2020) |
| 02/10/2020 | 2 | | Minute Entry for proceedings held before Magistrate Judge Lois Bloom:Arraignment as to Viktors Suhorukovs (1) Count Complaint held on 2/10/2020, Initial Appearance in Rule 5(c)(3) Proceedings as to Viktors Suhorukovs held on 2/10/2020. AUSA Kayla Bensing present. Dft present w/ret counsel Arkady Bukh. Russian interpreter Isabella Avrutin present. Removal proceeding to the District of South Carolina hearing held. Dft waives identity and preliminary hearing. No bail application presented to the court. Commitment to the District of South Carolina order entered. (Log # 2/10/20 2:51−3:15.) (Chin, Felix) (Entered: 02/11/2020) |
| 02/10/2020 | 3 | | COMMITMENT TO ANOTHER DISTRICT as to Viktors Suhorukovs. Defendant committed to District of South Carolina. Ordered by Magistrate Judge Lois Bloom on 2/10/2020. (Chin, Felix) (Entered: 02/11/2020) |
| 02/10/2020 | 4 | | WAIVER of Rule 5(c)(3) Hearing by Viktors Suhorukovs (Chin, Felix) (Entered: 02/11/2020) |
| 02/10/2020 | 5 | | NOTICE OF ATTORNEY APPEARANCE: Arkady Bukh appearing for Viktors Suhorukovs (Chin, Felix) (Entered: 02/11/2020) |

SK:KCB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

     - against -

VIKTORS SUHORUKOVS,

          Defendant.

– – – – – – – – – – – – – – – – –X

AFFIDAVIT IN SUPPORT OF
REMOVAL TO THE
DISTRICT OF SOUTH CAROLINA

(Fed. R. Crim. P. 5)

No. 20-MJ-132

EASTERN DISTRICT OF NEW YORK, SS:

        ANTHONY JIMENEZ, being duly sworn, deposes and states that he is a

Special Agent with the United States Department of Homeland Security, Homeland Security

Investigations ("HSI"), duly appointed according to law and acting as such.

        On or about February 9, 2020, the United States District Court for the District

of South Carolina issued an arrest warrant commanding the arrest of the defendant

VIKTORS SUHORUKOVS in connection with a complaint charging the defendant with

mail fraud, in violation of Title 18, United States Code, Section 1341.

1

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.    On or about February 9, 2020, the United States District Court for the District of South Carolina issued an arrest warrant commanding the arrest of the defendant VIKTORS SUHORUKOVS in connection with a criminal complaint charging the defendant with mail fraud, in violation of Title 18, United States Code, Section 1341.  True and correct copies of the arrest warrant and the complaint are attached as Exhibit A and Exhibit B, respectively.

2.    On February 9, 2020, the defendant VIKTORS SUHORUKOVS arrived at John F. Kennedy International Airport in Queens, New York, on Aeroflot flight SU100.  Upon his arrival at the airport, the defendant was stopped for questioning by a U.S. Customs and Border Protection ("CBP") officer who identified the defendant based on the name, date of birth and passport number listed on the passport the defendant presented to the CBP officer, which matched the name, date of birth and passport number of the individual who was wanted in the District of South Carolina.  Specifically, the defendant presented a Latvian passport to the CBP officer with the name "Viktors Suhorukovs" and the defendant's date of birth.

3.    A CBP officer directed the defendant VIKTORS SUHORUKOVS to the secondary screening area where the defendant was interviewed by law enforcement officers.  During that interview, the defendant identified himself as "Viktors Suhorukovs"

---

[1] Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause for removal, I have not described all the relevant facts and circumstances of which I am aware.

2

and provided the date of birth that is listed on the defendant's passport, which matches the

date of birth of the individual wanted in the District of South Carolina.

4.     Based on the foregoing, I believe that the defendant is the VIKTORS

SUHORUKOVS wanted in the District of South Carolina.

WHEREFORE, your deponent respectfully requests that the defendant

VIKTORS SUHORUKOVS be removed to the District of South Carolina so that he may be

dealt with according to law.

ANTHONY JIMENEZ
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sworn to before me this
10th day of February, 2020

THE HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

# EXHIBIT A

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  6:20mj22 |
| Viktors SUHORUKOVS | ) | |
| | ) | |
| | ) | |
| | ) | |

_____
*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Viktors SUHORUKOVS                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

  Mail Fraud, in violation of Title 18, United States Code, Section 1341

Date:  _____02/09/2020_____                                         _____
                                                                                                    *Issuing officer's signature*

City and state:     Greenville, South Carolina                         Jacquelyn D. Austin, U.S. Magistrate Judge
                                                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                              _____<br>                                                                   *Arresting officer's signature*<br><br>                                                                   _____<br>                                                                   *Printed name and title* |

# EXHIBIT B

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br>**Viktors SUHORUKOVS** | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  $6:20mj22$

_____
_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ 7/12/2019 and 9/4/2019 _____ in the county of _____ Greenville and Pickens _____ in the

_____ District of _____ South Carolina _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1341 | Mail Fraud |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Wayne E. Wright, Special Agent, HSI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____ 02/09/2020 _____

City and state: _____ Greenville, South Carolina _____

_____
_Judge's signature_

Jacquelyn D. Austin, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Wayne E. Wright, being duly sworn, do hereby depose and state:

## I.    **INTRODUCTION**

1. I am employed as a Special Agent with the U.S. Department of Homeland Security, Immigration & Customs Enforcement, Homeland Security Investigations (HSI), and have been so employed since September 2008. During this time, I have been assigned to the office of the Resident Agent in Charge, Greenville, SC. Prior to that time, I was employed for ten years as a Special Agent with Internal Revenue Service-Criminal Investigation (IRS-CI), during which time I was assigned to offices in Mobile, AL and Greenville, SC. I have a Bachelor of Science in Financial Management from Clemson University and a Juris Doctor from the University of Tennessee. I also graduated from the Criminal Investigator Training Program (1998), IRS-CI Special Agent Basic Training (1999), and ICE Special Agent Training (2008), all at the Federal Law Enforcement Training Center in Glynco, GA. My duties as an HSI agent include the investigation of violations of U.S. customs and immigration statutes as well as other federal criminal offenses, including money laundering offenses. As a federal agent, I have participated in multiple investigations involving financial fraud and money laundering.

## II.    **APPLICABLE STATUTE**

2. Title 18, United State Code, Section 1341, in pertinent part, makes it a crime for whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or

Page 1 of 8

such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing.

### III.   PURPOSE OF AFFIDAVIT

3.   This affidavit is made in support of a complaint charging Viktors SUHORUKOVS with violation of Title 18, United States Code, Section 1341.

4.   The contents of this affidavit are based upon my personal knowledge, observations and training, prior investigations, law enforcement database research, and where noted or otherwise indicated by context, information reported or related to me by other law enforcement officers and witnesses. The affidavit is offered to establish probable cause to support the complaint and does not purport to set forth all my knowledge of, or investigation into, this matter.

### IV. PROBABLE CAUSE

5.   On January 16, 2020, the Greenville Police Department (GPD) advised Homeland Security Investigations agents in Greenville, SC of the pendency of a local investigation of a fraud committed against Julie Maddox of Greenville, SC. Maddox, who is the principal of Sugar Beeze LLC, contacted GPD after discovering she had been defrauded into sending two checks, which she believed to be required fees for renewal of two United States trademarks held by her business, to "Patent and Trademark Office," an entity that was not the United States Patent and Trademark Office, the federal agency responsible for granting patents and registering trademarks.

6.   On or about July 12, 2019, Maddox received a mailed invoice, numbered 14041 from "Patent and Trademark Office" at 2200 Pennsylvania Avenue, N.W., 4th Floor East, Washington, DC 20037. That invoice was addressed to Sugar Beeze, LLC, c/o Julie Maddox at Maddox' address in Greenville, SC. The invoice specified that it was for

"Trademark 4863874 renewal 1 class included" with a corresponding charge of $925.00.
The invoice stated that payment was due on August 12, 2019.

7. On or about July 12, 2019, Maddox received a mailed invoice, numbered 14042 from
"Patent and Trademark Office" at 2200 Pennsylvania Avenue, N.W., 4th Floor East,
Washington, DC 20037. That invoice was addressed to Sugar Beeze, LLC, c/o Julie
Maddox at Maddox' address in Greenville, SC. The invoice specified that it was for
"Trademark 4863870 renewal 1 class included" with a corresponding charge of $925.00 The
invoice stated that payment was due on August 12, 2019.

8. On or about August 8, 2019, Maddox transmitted payment for these invoices via U.S. Mail.
The invoices were paid using a single check, numbered 1154, drawn on Sugar Beeze LLC's
account at the Bank of Traveler's Rest, and made payable to "Patent & Trademark Office"
in the amount of $1850.00.

9. Records obtained by GPD from Bank of America (BOA) reflect that, on August 22, 2019,
the aforementioned check was among $42,265 in checks submitted for deposit into a BOA
account number ending in XXXXXXX05876. That account is held in the name of Patent
and Trademark Office LLC, 2200 Pennsylvania Ave NW Floor #4, Washington, DC 20037-
1731. BOA records also reflect the sole signer of the account as Viktors SUHORUKOVS
with an address in Staten Island, NY. SUHORUKOVS identified himself to BOA as the
holder of a Latvian passport. BOA records reflect the email address associated with Patent
and Trademark Office, LLC as patentandtrademarkoffice@gmail.com.

10. On January 21, 2020, I spoke with Daniel Flynn, Assistant Vice President and Fraud
Investigations Manager with United Bank in Morgantown, WV. Flynn advised me that
Viktors SUHORUKOVS had opened two accounts at a United Bank. Flynn advised that the
two United Bank accounts opened by SUHORUKOVS were opened at United Bank's 18th

& K Branch located in Washington, DC in December 2019. SUHORUKOVS opened two accounts at that time, one in the name of Patent and Trademark Bureau LLC and one in the name of Patent and Trademark Office LLC. According to Flynn, after the accounts were opened, the accounts began receiving deposits that were questioned by bank personnel. Flynn stated that led bank personnel to perform research on the official United States Patent and Trademark Office (USPTO) website, where bank personnel found information linking an address used by at least one of the companies to an entity identified on the USPTO website as having engaged in fraudulently soliciting fees for trademark renewals. Based on this information and the nature of the checks being deposited into the accounts, United Bank closed both business accounts opened by SUHORUKOVS.

11. In the early morning of January 21, 2020, SUHORUKOVS contacted a United Bank employee from email address patentandtrademarkoffice@gmail.com[1]. In that email, SUHORUKOVS stated as follows:

> Dear Chris,
>
> I was out from the office these days and only now I knew that both bank accounts for my both companies are closed. I have sent to the branch three parcels with checks to be deposited. I realize that these checks won't be deposited but I would like to get all of them back. Could we arrange this as soon as possible?
> Two of them have been sent by UPS and one by DHL.
>
> Do you have any information why accounts are closed?
>
> Company name: Patent and Trademark Office LLC.
> Account number: XXXXX4445 • *2875 • Checking • Patent and Trademark Office LLC
>
>
> Company ID: XXXX832

---

[1] This is the same email address associated with the Bank of America account into which the invoice payment check of Sugar Beeze, LLC sent by Julie Maddox was deposited.

User ID: vsuhorukovs

Thank you. Please respond as soon as possible.

Kind regards,

Viktors Suhorukovs

12. Flynn confirmed that United Bank received the three shipments of checks referenced by SUHORUKOVS, but the checks were received by United Bank after the two accounts opened by SUHORUKOVS had been closed. Flynn further advised that he checks in the shipments referenced in SUHORUKOVS' email remain undeposited due to the accounts being closed. Flynn requested that the branch that received the checks forward the undeposited checks to him, and Flynn advised me that he was currently in possession of the checks. Flynn described the checks as being from entities all over the United States and all in similar, relatively small amounts not exceeding a few thousand dollars each at most. Flynn stated that the total of the all checks exceeded at least one-million dollars. Flynn was unable to calculate an exact total for the checks due to my requesting that Flynn minimize handling of the checks to preserve potential forensic evidence.

13. I advised Flynn that Homeland Security Investigations would like to take custody of the undeposited negotiable instruments as evidence in its investigation and for possible forfeiture as fraud proceeds. Flynn stated that United Bank would be willing to provide the items to HSI. On January 30, 2020, I received a UPS shipment from Flynn which included the aforementioned undeposited negotiable instruments, associated bank deposit slips, and correspondence from SUHORUKOVS that accompanied the items when they were delivered to United Bank. The shipment was found to contain a total of 916 instruments, which appeared to be payments for U.S. trademark renewal fees from entities across the United States and Canada, with a total value of $1,279,409.01. Among those items were several checks from entities located in South Carolina, including check 085905 from South

Carolina Farm Bureau Federation in Cayce, South Carolina made payable to Patent and Trademark Office, PO Box 287221, New York, NY 10130-0037, dated October 9, 2019, in the amount of $1650.00 and check number 504 from the Emerson Rose Heart Foundation in Clemson, SC, dated September 4, 2019, and made payable to Patent & Trademark Office in the amount of $925.00.

14. In reviewing the transmittal correspondence from SUHORUKOVS which accompanied the items received by United Bank, I noted the typeface and address formatting for Patent and Trademark Office, LLC reflected on that correspondence appeared to match the typeface and address formatting shown on the two documents sent to Julie Maddox in Greenville, SC, as discussed previously.

15. On February 6, 2020, U.S. Postal Inspector Kyle Parker spoke with Eric Seymour, Chief Financial Officer for South Carolina Farm Bureau Federation in Cayce, South Carolina. Parker contacted Seymour regarding check number 085905 to Patent and Trademark Office, PO Box 287221, New York, NY 10130-0037 for $1650.00. Eric Seymour's name was the Authorized Signature on the check.

16. In response to questions posed by Inspector Parker, Seymour stated he received a mailed invoice for Patent and Trademark Office on September 9, 2019. Seymour was suspicious of the invoice after he received a second invoice for Patent and Trademark Bureau months later and was currently investigating the situation. Seymour stated the company had unintentionally mailed two separate checks to renew the trademark, "South Carolina Farmer."

17. Seymour emailed Inspector Parker a copy of the invoice received by South Carolina Farm Bureau Federation from Patent and Trademark Office. The invoice states, "Your trademark is about to expire. Renewal Date: 11-26-2019." Through further investigation, it became known the earliest actual date to renew the trademark, "South Carolina Farmer," is November 26, 2021, a full two years later than the renewal date stated on the invoice from

Page 6 of 8

Patent and Trademark Office.  The information about the actual renewal date for the trademark was obtained from a trademark status search tool on the USPTO's official government website.

18. Seymour believed the invoices the company received to be from the Patent and Trademark Office of the United States Government regarding his company's trademark.  A Quick Response (QR) Code was printed on the invoice from Patent and Trademark Office. Inspector Parker scanned the code which linked directly to the USPTO government, website www.uspto.gov, and its inclusion on the invoice is believed to be in furtherance of the scheme to defraud South Carolina Farm Bureau Federation.

19. Seymour stated he would never have used a third-party company to renew his company's trademark.

20. I received a copy of an email message that was sent on February 6, 2020 by SUHORUKOVS, using email address patentandtrademarkoffice@gmail.com, to Chris Northrup with United Bank.  In that message, SUHORUKOVS stated:

> Hello Mr. Northrup,
>
> Thank you for the information. I could visit your branch during next two weeks starting from Monday, February 10. Is it any particular time to get back these checks?
>
> Please advise.
>
> Could tell me what was the purpose to close an account?
>
> Thank you and wish you a great day.
>
> Kind regards,
>
> Viktors Suhorukovs
>
> Patent and Trademark Office LLC

21. On February 7, 2020, I received information from Department of Homeland Security databases which indicated that SUHORUKOVS is scheduled to arrive in the United States on February 9, 2020 at John F. Kennedy Airport in New York, NY aboard Aeroflot Airlines flight 100 from Moscow, Russia.

## V.    CONCLUSION

22. Based upon the foregoing, I submit that there is probable cause to believe that, on or about July 12, 2019 and September 4, 2019, in the District of South Carolina and elsewhere, Viktors SUHOROKOVS did, after having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, and as a result of his actions, caused actual or potential loss to victims in excess of $1,200,000.00, all in violation of Title 18, United States Code, Section 1341.

Wayne E. Wright
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

SWORN to and SUBSCRIBED before me this 9th day of February, 2020.

Jacquelyn D. Austin
United States Magistrate Judge

Page 8 of 8

## INITIAL APPEARANCE CALENDAR

Magistrate Judge : **Lois Bloom**                Date: **2/10/20**

Magistrate Case Number: **20-132M**         LOG #: **2:51— 3:15**

Defendant's Name: **Viktors Suhorukovs**

____ Court appointed counsel.    ✓ Defendant retained counsel.

Defense Counsel : ~~Ashley Burrell~~ *Arkady Bukh*_____ CJA:___ FDNY:___ RET: ✓

A.U.S.A. ____**Kayla Bensing**_____ Clerk : ___**Felix Chin**____

Interpreter : *Isabella Avrutin*              Language: *Russian*

____ ARRAIGNMENT on Complaint held.    ✓ Government Agent Sworn

___ DETENTION HEARING Held:    ____ Government opposed bail for reasons stated on the record.

____ Bond set at _____.    ____ Bond set on consent of both parties.

Defendant  :  ___ released    ___ held pending satisfaction of bond conditions.

____ Defendant advised of bond conditions set by the Court and signed the bond.

____ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

____ (Additional) surety/ies to co-sign bond by _____

____ After detention  hearing, Court orders detention in custody.    ____ Leave to reopen granted

____ Temporary Order of Detention Issued.  Bail Hearing set for _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

____ Preliminary Hearing set for:_____; or    ____waived by defendant

____ Status Conference set for:_____ before Judge _____

____ Medical memo issued.

✓ REMOVAL (Rule 5) PROCEEDING held.  To the district of: ____*South Carolina*____

____ Identity hearing held. Court    ____ orders removal    ____ denies removal

✓ Defendant waives:  ✓ identity hearing  ✓ preliminary hearing

____ Identity/ Removal Hearing set for: _____

✓ No bail application presented to the Court. Commitment to the District *of South Carolina* entered.

Other Comments/Rulings:_____

_____

_____

_____

_____

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

**EASTERN** _____ District of _____ **NEW YORK**

| UNITED STATES OF AMERICA | **COMMITMENT TO ANOTHER** |
|---|---|
| **V.** | **DISTRICT** |

Viktors Suhurvkovs

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 20 MJ22 | 20-132M | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Other (specify)

charging a violation of    18  U.S.C. § 1341

**DISTRICT OF OFFENSE**    District of South Carolina

**DESCRIPTION OF CHARGES:**

Mail Fraud

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| **Representation:** | ☑ Retained Own Counsel | ☐ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|

| **Interpreter Required?** | ☐ No | ☑ Yes | Language: Russian |
|---|---|---|---|

**DISTRICT OF** NEW YORK

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

2/10/20
Date _____   _____ United States Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No.    20-132M |
| Viktors Suhorukovs | ) |
| _____ | ) Charging District's Case No. _____ |
| Defendant | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*    South Carolina

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑     an identity hearing and production of the warrant.

☑     a preliminary hearing.

☑     a detention hearing.

☐     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
      ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:    2/10/2020

                 _____
                         *Defendant's signature*    ARKADY BUKH

                 _____
                   *Signature of defendant's attorney*

                     ARKADY BUKH
                   *Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

NOTICE OF APPEARANCE

-v-

Docket Number :

Victor Sukhorukov
Defendant.

Judge :

Date : 2/10/2020

PLEASE NOTICE, that I have been RETAINED by _____

the above named defendant.  I was admitted to practice in this district on ___EDNY___.

Signature : _____

Print Name : ARKADY BUKH

Bar Code : 4105615

Office Address : 1121 Ave 2

BROOKLYN NY 11235

Telephone # : 718 3766466

*** NOTICE TO ATTORNEY***

   **Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.